UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARIQ S. WARE,

Petitioner,

v.

CALIFORNIA SUPERIOR COURT SACRAMENTO COUNTY,

Respondent.

Case No. 2:26-cv-2793-JDP (P)

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed a petition for habeas corpus under section 2254. Plaintiff has not, however, filed a completed *in forma pauperis* affidavit or paid the required filing fee of $5. Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either a properly completed application to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $5.00. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send plaintiff the appropriate in forma pauperis

form for a prisoner proceeding a section 2254 action.

IT IS SO ORDERED.

Dated: August 19, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE