UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARIQ S. WARE,<br>Petitioner,<br>v.<br>CALIFORNIA SUPERIOR COURT, SACRAMENTO COUNTY,<br>Respondent. | Case No. 2:26-cv-2793-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner, filed this section 2254 action seeking federal habeas relief. The petition indicates that petitioner has not, as he must, exhausted his claims by presenting them to the California Supreme Court before bringing them in this court. Accordingly, I will grant petitioner an opportunity to amend his petition and explain why, if at all, this action should still proceed. I will also grant his application to proceed *in forma pauperis*, ECF No. 5.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases. Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief. *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

Before a federal court may consider a state prisoner's habeas claims, the prisoner must

show that he has exhausted state judicial remedies. 28 U.S.C. § 2254(b)(1). To satisfy this requirement, the prisoner must present his claims to the highest state court which, here, is the California Supreme Court. *Granberry v. Greer,* 481 U.S. 129, 134 (1987). Here, petitioner has checked the box indicating that he has not presented his claims to the California Supreme Court. ECF No. 1 at 3. Thus, it appears his claims are unexhausted.

Within thirty days of this order's entry, petitioner may file an amended petition that explains why, if at all, this action should still proceed in spite of his failure to exhaust.

Accordingly, it is ORDERED that:

1. Petitioner's application to proceed *in forma pauperis*, ECF No. 5, is GRANTED.

2. The petition, ECF No. 1, is DISMISSED with leave to amend.

3. Within thirty days from service of this order, petitioner shall file either (1) an amended petition or (2) notice of voluntary dismissal of this action without prejudice.

4. Failure to timely file either an amended petition or notice of voluntary dismissal may result in the imposition of sanctions, including a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

5. The Clerk of Court shall send petitioner a habeas petition form and with this order. If he files an amended complaint, he must use this form.

IT IS SO ORDERED.

Dated: September 15, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE